UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: KHALID SHAIKH MOHAMMAD

**<u>ORDER</u>**

The Court confirms that on September 24, 2020, the Court appointed the Federal Public Defender for the Central District of California as counsel for the Guantanamo detainee Khalid Shaikh Mohammad, to file a habeas petition on the detainee's behalf.

DATED: November 15, 2022

BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT COURT JUDGE